# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1091.  JOHNSON v. RYALL.**

Upon consideration of the Appellant's Motion to Withdraw Appeal in the above styled case, pursuant to Court of Appeals Rule 41 (g), it is ordered that the motion is hereby GRANTED, and jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/30/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*